CINCINNATI INSURANCE COMPANY, )
                                  )
    **Plaintiff/Counter-Defendant,** )
                                  )
**v.**                             )    **No. 4:12-cv-32**
                                  )    **JURY DEMAND**
**LARRY BANKS AND**               )
**WANDA SUE BANKS,**           )
                                  )
    **Defendants/Counter-**     )
    **Plaintiffs.**                    )

## PLAINTIFF/COUNTER-DEFENDANT'S SUPPLEMENTAL RESPONSES TO DEFENDANT/COUNTER-PLAINTIFFS' FIRST SET OF INTERROGATORIES

    Cincinnati Insurance Company ("Cincinnati") provides the following supplemental responses to defendants/counter-plaintiffs' first set of interrogatories as follows:

    2.     Please state the name, address, telephone number, and current place of employment of each and every person who you, or anyone acting on your behalf, expects to call as an expert witness at trial; the subject matter on which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; and a summary of the grounds for each opinion.

    **SUPPLEMENTAL RESPONSE:**    Please see Cincinnati's Rule 26 Disclosures and supplemental disclosures served upon defendants/counter-plaintiffs' counsel in this case.   In addition, Cincinnati has included Jeremy Woods of the Manchester Fire Department and Russell Robinson of the Tennessee Fire Marshall's Office in its initial disclosures, and may rely upon the opinions of these individuals at trial as expressed in

Woods' deposition or in written reports of each. No report for these individuals is required under Rule 26 of the Federal Rules of Civil Procedure.

6.    If you contend that any improvement or item of personal property claimed by the defendants/counter-plaintiffs to have been damaged or destroyed by the loss was not damaged or destroyed by the loss, please specify each such item and provide with specificity the factual basis for this conclusion.

**SUPPLEMENTAL RESPONSE:**    Based upon physical evidence at the fire scene, Cincinnati determined certain personal property items claimed by defendants/counter-plaintiffs contained an exaggerated value. Cincinnati determined other items claimed by defendants/counter-plaintiffs were not present in the home at the time of the fire. Evidence which remained at the scene was examined for brand, quality, and other identifying characteristics. Certain items claimed by defendants/counter-plaintiffs, if present in the home at the time of the fire, were of such composition that physical evidence would have remained at the fire scene. The absence of such evidence demonstrates those items were not present in the home at the time of the fire. Defendants/counter-plaintiffs testified these items were in the home at the time they left on the morning of the loss; these were the type of items that no one other than the insureds would have removed from the home; and there was no evidence these items were removed from the home with out the insureds' consent. Based upon available evidence, including additional evidence examined through the pendency of this litigation such as depositions, photographs, expert reports and the supplemental report from

Mike Caldwell of Enservio, Cincinnati concludes the following items claimed by the Banks were not present in the home at the time of the fire:

Egg Cooker Chef's Choice

Ice Cream Scoop Rosie
Molcajete

Pizza Wheel Rosie

Pizza Peel

Flour Sifter

Kitchen Torch

Berry Colander
Melamine

Fish Spatula

Splatter Screen Rosie

Spaghetti Spoon
Henckels

Serving Spoon Henckels

Apple Slicer Rosie

Tomato Corer WMF

Avocado Slicer Exclusive

Meat Tenderizer WMF

Oven Thermometer OXO

Instant Read
Thermometer OXO

Grilling Thermometer

Wireless Remote

Candy Thermometer
Exclusive

Toaster Kitchen Aid

Toaster Oven Kitchen
Aid

Loaf Pan William
Sonoma Non-Stick

Spring Form Pan Kaiser 9 In

Tart Pan Gobel 11 In

Cookware Calphalon Set

Ice Cream Maker
Cuisinart

Water Kettle Cupresso

CD Player Held 100 CDs Sony

CDs

Tree Christmas 9 Ft w/ Lights

Tree Christmas 6.5 w/ Lights
Mattress Sleep Number Split King Model SM45110

Quilt Paul Vaughn Quilt Patterns Paid 1500.00 To Have Hand Quilted The
Rest Cross Stitch Antique

Quilt Hommel Figures Paid 1500.00 To Have Hand Quilted The Rest Cross
Stitch Antique
Afghans Cross Stitch Material Pattern Hand Made $75.00 Material Ea
Antique

Christmas Stocking Hand Made Cross Stitch Antique

China Service For 12 Lenox Camellia

Serving Bowl Lenox Camellia

China Service For 8 Lenox Charcoal

Serving Platter Lenox Charcoal

Bowl Lenox Charcoal

China Service For 8 Lenox Floral Fusion

Dinnerware Portmeirion Botanic Garden

Framed Oil Painting 20x24 Old

Candy Dish 4 Legs Antique

Cherubs Antique

Persian Rug 9x12 Mood

Candelabra Red

Framed Print 10x10

Framed Print 10x14

Sofa Table Cherry Antique

Bath Set

Wash Stands & Mirror  Davis Antique

Stained Glass Art Work 20x24 Antique

Baby Cradle Antique Cherry

Chair Blue

Framed Oil Painting French Antique 20x30

Framed Print 20x24 Framed Family Pictures

Framed Print 22x30 Framed Family Pictures

Framed Print 20x26 Framed Family Pictures

Framed Print 18x26 Framed Family Pictures

Desk Cherry Executive Belmont 4136-36

Entertainment Bookcase

Luggage Larry's Granite Life Brics Carry On Valise

Luggage Larry's Granite Life Brics 21 Rolling Duffle

Luggage Larry's Granite Life Brics 28 Rolling Duffle

Luggage Larry's Granite Life Brics 21T Spinner

Luggage Larry's Granite Life Brics 30T Spinner

Luggage Larry's Granite Life Brics 26 Spinner

Luggage Larry's Granite Life Brics 18 In Duffle

Porch Swing Cedar Mission Swing GA820348763182051

Settee Outside Bench Glider GA87636

Bed King Crawford All Solid Cherry

Chest Crawford All Solid Cherry

Night Stand Crawford All Solid Cherry

Love Seat White Velvet

Chair White Velvet

Table Cocktail Stanley

Recipes Larry's In Binders 10 Binders Paper

Bust Stand Antique

Table Walnut Mantle Top Antique

Night Stand Crawford

Sewing Machine Singer

Area Rug 10x12 Meshkabad 110892306

Book Rack Antique
Type Writer Antique

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Christmas Tree Mats

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Thanksgiving

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Napkins

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Easter

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Napkins
Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Strawberries

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Napkins

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Christmas Cranberries

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Napkins

Placemats & Napkins Cross Stitch Personally Made By Larry Hand Made
Christmas Table Runner

Stereo Bose T-20

DVD Player Sony PS3

DVD Player & Recorder Samsung

VCR Sony Beta

iMac Pro Apple

iPod Touch 32 Gb Apple

iPod Nano Apple 160 Gb

Backpack Tamrac

Camera Canon SD Mark II

Lens Canon 70-200 F.28

Lens Canon 28 MM F28

Lens Canon 28MM - 135 MM

Flash Canon Specialty 580

GPS Magellan 9055

Massager Personal

7 Pc Convertor Kit

Umbrella Super Size

Umbrella Ultra Slim

Umbrella Pop Up

Clock Radio

Flash Light

3 Hole Punch

Paper Cutter Trimmer 12 In

Desk Lamp Real Space

Alpine Camera Bag Lowe Pro Fast Pack 250

Video Camera Flip

Guitar 12 String Fender CD160

Guitar Acoustic Taylor Grand Auditorium

Capo Kyser

Tuner Guitar Kord CA3U

Long Underwear Patagonia

Mountain Fleece Jacket

Ski Jacket North Face

Ski Gloves North Face

Wool Socks Smart Wool

Sony Playstation 3

PS3 Fifa Soccer

PS3 Modern Warfare

PS3 Fight Night

PS3 NCAA Football

Revolver 357 Smith & Wesson Antique

Ammunition 357 Mag Tech

Shotgun Shells Winchester Boxes

Macbook Pro Apple 13 In

Macbook Pro Apple 15 In

iMac Apple 27 In

Keyboard Apple Wireless

Mouse Apple

Camera Canon S140

Camera Canon S44

Ring Giles 1 1/2 Ct Gold & Diamonds

Ring Giles Gold & Diamonds

Ring Diamond Horse Shoe

Necklace Gold

Bracelet Gold w/ Diamonds Giles

Watch 2 Tone Tag Heuer Bought In Switzerland

Watch Omega Speedmaster

Bracelet Gold

Ring Oval Cat's Eye

Wedding Band 14 Kt Two Tone Brush Finish CF17603114K06
Class Ring Larry's 1964 Tennessee Tech 14 Kt White Gold

Class Ring Sue's 1654 Tennessee Tech 14 Kt Yellow Gold

Class Ring Larry's High School 10 Kt Gold Art Carved

Class Ring Sue's High School 10 Kt Gold Art Carved

Please also see Cincinnati's answer to Interrogatory No. 12.


12.     If you contend that defendants/counter-plaintiffs' valuation of any item of personal property claimed by them was incorrect or inaccurate, please state your contention as to the correct valuation for each such item.

**SUPPLEMENTAL RESPONSE:** Cincinnati examined all available evidence at the loss site. Evidence of some personal property items such as clothing, clothes hangers, shoes, purses, suit cases, rugs, etc., were found, but not in the quantities or the quality claimed by the insureds. Accordingly, this evidence, along with information obtained during the pendency of this litigation such as deposition transcripts, photographs and the supplemental report of Mike Caldwell of Enservio, led Cincinnati to conclude that the following list of personal property items submitted by the insureds was grossly exaggerated and could not have all been in the Banks' home at the time of the fire.

Shoes Black Sketchers Silver

Shoes Brown Rockport CT Slip On

Shoes Saddle Tan Florsheim Nowles

Shoes Rockport Men's The Week

Shoes Dress Black Florsheim Dawes

Shoes Dress Brown Florsheim Nevin

Shoes Black Florsheim Nowles

Shoes Tan Florsheim Nowles

Shoes Navy Crocs

Shoes Orange Crocs

Shoes New Balance The 373

Shoes New Balance The 900

Shoes Skechers Men Reflex

Boots Justin Cognac Quill Ostrich

Boots Justin Dennut Iguana Lizard

Boots Tony Lama Black Lizard

Boots Tony Lama Smooth Ostrich

Boots Tony Lama Conquistador

Shoes Casual Rockport Brown

Shirts Short Sleeve

Shirts Long Sleeve
Dress

Shirts Long Sleeve
Casual

Sport Coat Austin Reed
Camel Hair Trim

Sport Coat Joseph &
Feiss Blue Blazer

Sport Coat Joseph &
Feiss Black Blazer

Sport Coat Joseph &
Feiss Grey Plaid Blazer

Suit Grey

Suit Pronto Pin Strip

Suit Mike Rodriguez
Brown

Leather Sport Coat Tan

Leather Top Coat Full
Length Black

Top Coat Ralph Lauren

Brown Wool

Leopard Silk Cowl Josephine

Navy Leopard Zip Pocket Wyatt

White Chiffon Ruffle Front Wyatt

Poesl Cowl Neck Blouse Diane Von Furstenberg

Navy Silk V-Neck Ruffle Trim Geren Ford

Silk V-Neck Brown Floral D&G

Rain Coat Turburu

Jacket Round Tree &
Yorke Black Leather

Jacket Brown Leather
Bomber

Coat Casual

Coat Wind Breaker UT

Coat North Face Black
Denali

Jeans Levi 501 Original

Pants Calvin Klein Khaki

Pants Dockers Casual
Brown & Black

Pants Ralph Lauren
Black Dress

Scarf Bought In England
Burberry Giant Check
Scarf

Sweaters

Socks Black

Socks White

Socks Brown

Underwear Classic
Boxer Briefs 6 Pk

T-Shirts Tag Free Crew

T-Shirts Casual Variety
Color

Sweater Daniel Cremieux
Cashmere Black

Sweater Daniel Cremieux
Cashmere Tan

Sweater Daniel Cremieux
Cashmere Brown

Caps Variety

Gloves Timberland
590326

Gloves Echo 590401

Belt (1 Brown 1 Black)
Nautica 242120

Belt Fossil Black

Belt Fossil Brown

Long Sleeved Blouses White Metallic & Striped Tunic BCBG

Long Sleeved Blouses Cotton Bow Detail One

Long Sleeved Blouses Tie Front Stretch Cotton La Fayette 148

Long Sleeved Blouses Pin Tuck Bow Tie Button Front Eryn Brinie

Long Sleeved Blouses White Cotton Peasant Blouse BCBG

Long Sleeved Blouses Vintage Sky Plaid Cotton Western Shirt Equipment

Long Sleeved Blouses Silk Belted One Shoulder BCBG

Long Sleeved Blouses Silk Pin Tucked Blouse Shashama

Long Sleeved Blouses Black Silk Bra Tank Robert Rodriguez

Long Sleeved Blouses Silk Lace Inset Long Sleeve Ace Delivery

Short Sleeve Blouses Bow Tie Pin Tuck Wyatt

Short Sleeve Blouses Black Jersey Tahari

Short Sleeve Blouses Wire Silk Bra Tank Robert Rodriguez

Short Sleeve Blouses White Cotton Spaghetti Strap BCBG

Short Sleeve Blouses Silk Beliz Cynthia Steffe

Short Sleeve Blouses Abigail Sleeveless Tahari

Short Sleeve Blouses Sateen Vicky Pleated Tahari

Short Sleeve Blouses Black Sateen Beaded Necklace Gucci

Short Sleeve Blouses Sateen Jacket Ruffle Blouse Tahari

Short Sleeve Blouses Beaded Shoulder Top Cynthia Steffe

Short Sleeve Blouses Vanilla Crepe Lace Up Top Gucci

Short Sleeve Blouses Sequin Halter Mesh Top Robert Rodriguez

Short Sleeve Blouses Sascha Blouse Dolce Vita

Short Sleeve Blouses Ivory Silk Stretch Robert Rodriguez

Short Sleeve Blouses Chiffon Keyhole Slit Blouse Robert Rodriguez

Short Sleeve Blouses Candy Silk Jersey Wrap Top Diane Von Furstenber

Case 4:12-cv-00032-WBC   Document 110-4   Filed 09/09/13   Page 15 of 35   PageID #: 2317

House Slippers Isotoner

House Slippers Lucky Brand

Slippers Charter Club

Dorm Slippers Keds

Chenille Slippers Muk Hucks

Faux Fur Bootie Charter Club

Jolie Slippers Emu

Satin Slippers Isotoner

Knit Slippers Michael Kors

Tora Slippers Emu

Evening/Formal A-Line Skirt Alex Evenings

Evening/Formal Carwash Pants JR Niles

Evening/Formal Velvet Blouse Alex Evenings

Evening/Formal Portrait Collar Top Adrianna

Evening/Formal Bead Waist  Adrianna

Evening/Formal Jacket Dress Tahari

Evening/Formal Bolero Jacket Dress Adrianna

Evening/Formal One Shoulder JS Collections

Evening/Formal A-Line Evening Dress JS Boutique

Evening/Formal Empire Waist Rem Richards

Evening/Formal Shawl Alex Evenings

Sorkie Ruffle Bag Street Level

Clutch Messenger Urban

Twill Weekender Bag

Twill Flap Backpack

Twill Giant Boss Satchel

Twill Shopper Bag

Twill Lock Two Tone Satchel

Hobo Bag

Drawstring Bag Urban Expression

Niko Urban Expressions

Shoulder Bag Urban Expressions

Olivia Bag Urban Expressions

Tory Bag Urban Expressions

Stella Bag Urban Expressions

Brandy Messenger Urban Expressions

Convertible Satchel BCBG

Powder Compact Chanel

Bronze Makeup Base Chanel

Firming And Smoothing Fluid Chanel

Eyes Mascara Multi Dimensional Chanel

Eyes Eye Liner Chanel Stylo

Eyes Quadra Eye Shadow Chanel Les Quadre

Eyes Perfect Brows Chanel Le Sourcil

Les Essential Set Chanel Le Reguard

Lips Lip Color Hydration Cream Chanel

Lips Lip Color Coco Shine Chanel Rouge

Lips Lip Color Rouge Allure Chanel

Lips Lip Liners Chanel

Lips Lip Color Stick Chanel

Lips Lip Gloss

Cheeks Powder Blush

Belted Neck-A-Line Ellen Tracy

Sleeveless Belted  Michael Kors

3/4 Sleeve V-Neck Charter Club

Sleeveless Belted Sheath Calvin Klein

3/4 Textured Sleeve Donna Morgan

3/4 Sweater Dress Fever Dress

Scoop Neck Fitted Sheath Ann Klein

Faux Wrap Dress Lauren

Jacket Dress Tahari

Long Sleeve Ribbed Belted Ellen Tracy

3/4 Belted Jersey Nine West

Short Sleeve Nine West

Scoop Neck Sheath Jones New York

Sleeveless Metallic Shift Michael Kors

V-Neck Ruffled Sheath Elementary

Long Sleeve Shrug/Jacket DKNY

Sleeveless Denim Belted Jones New York

Bolero Jacket Dress Jessica Howard

Fym Dress Antonio Melani

Ruffle Taffeta Dress Xscape

Boatneck Dress Ralph Lauren

Jacket Dress KM Collections

V-Deck Mid Length Dress Eileen Fisher

Sleeveless Cowl Neck Dress Calvin Klein

Long Sleeve Printed Dress Ann Klein

3/4 Sleeve Shift Calvin Klein

Elbow Sleeve Printed Maggy London

Long Sleeve Bootneck Sheath Lauren

Long Sleeve Knit Heather B

Sleeveless Jones New York

Notched Sheath Ann Klein

3/4 Sleeve Jersey Alfani

V-Neck Sleeveless Jones New York

Sleeveless Turtleneck Knit Sweater Lauren

Ugg Stoneman Grizzly

Clarks Wallabee

Ugg Australia Byron Chestnut

Wicked Good Moccasins Women's LL Bean

Wicked Good Slippers Women's LL Bean

Women's Hearthside Slippers LL Bean

Women's Wicked Good LL Bean

Wool Cashmere Jacket LL Bean

Baxter State Parka LL Bean

Insulated Storm Coat LL Bean

Slimming Jeans LL Bean

Easy Stretch Denim Pants LL Bean

Double Jeans Flannel Lined LL Bean

Boiled Wool Cardigan LL Bean

Fuzzy Cable Beanie North Face

V-Neck Top Pink Lotus

Cotton Plunge Tee Under Armour

Asymmetric Top Hand Tail

Hooded Down Vest North Face

Thermal Beanie North Face

Trench Coat Zella

Swimsuits Variety

Swimsuit Coverups Variety

Swimdress Variety

Shawl Scarf Jones New York Pashmina

Baroque Club Scarf Burberry

Cashmere & Silk Scarf Marc By Marc

Velvet Wrap Betsy Johnson

Embellished Silk Scarf Eileen Fisher

Embroidered Scarf Chan Luu

Tie Dye Scarf Burberry

Orchid Scarf Glint

Printed Silk Scarf Armani

Floral Sache Scarf Nordstrom

Sandstone Scarf Halogen

Silk Scarf Tolani

Wool Scarf Sophia

Light Streak Scarf Glint

Houndstooth Muffler Nordstrom

Metallic Scarf Echo Ombre

Infinity Scarf Eileen Fisher

Chunky Circle Scarf Echo

Handkerchief Scarf Sir Alistair

Cashmere & Silk Scarf Marc By Marc

Ugg Shawling Scarf

Giant Cheek Fringed Muffler Burberry

Case 4:12-cv-00032-WBC   Document 110-4   Filed 09/09/13   Page 21 of 35   PageID #: 2323

Cheetah Metallic Wrap Echo

T-Shirt Square Echo

Faux Fur Stole Kate Spade

Cashmere Blend Wraps Nordstrom

Tube Scarf Tarnish Moon

Active & Swimwear Hooded Jacket North Face

Active & Swimwear Oslito Fleece Jacket North Face

Active & Swimwear Light Weight Jacket North Face

Active & Swimwear Hand Tail Sweatshirt

Active & Swimwear Live In Capri Pants Zella

Active & Swimwear Interset Jacket Zella

Active & Swimwear Running Jacket Nike

Active & Swimwear Running Jacket & Capris Nike

Active & Swimwear Flare Leg Pants Hand Tail

Active & Swimwear Long Dress Coat Helly Helly Hanson

Active & Swimwear Cotton Long Sleeve Tee Under Armour

Active & Swimwear Z To 3 Tee Short Zella

Active & Swimwear Sports Bra Wacoal

Merino Wool Hooded Sweatshirt

Town And Field Tote Leather

Maine Guide Rucksack Leather

Boat & Tote Bag

Scarf & Hat Set

Stoway Rain Hat w/ Goretex

Wool Hat Tessled

1805 Ear Warmer

Pajama's Charter Club

Pajama's Miss Elaine

Pajamas Jenni

Long Johns Jockey

Chemise Flora Nikrooz

Gown Linen Donatella

Gown Morgan Taylor

Chemise & Wrap Jones New York

Robe Linen Donatella

Robe Charter Club

Terry Robe Jones New York

Kimono Robe Laura

Gown Jones New York

Purses Louis Vuitton Artsy Nam Handbag

Purses Louis Vuitton Speed 34

Purses Delighted Mongoose GM

Purses Kate Spade Beaumont Ainsley

Purses New York Gold Coast Charlize

Purses Marc By Marc Jacobs

Purses Kate Spade New York Mary Anne

Purses Big Buddha McKenna Tote

Purses Everyday Tote Halogen

Purses Big Buddha Faux Leather Satchel

Purses Ostrich Embossed Crossbody Bag

Purses Patent Leather Shopper Dooney & Bourke

Trendy Handbags Big Buddha Dakota Bag

Trendy Handbags Lover Messenger Bag Nile Anthony

Trendy Handbags Oversize Tote Nile Anthony

Trendy Handbags Knitted Large Bag Mellie Blanco

Ring Heart Shaped 1.8 Ct Diamond

Cultured Pearl & Diamonds

Round & Baquette Diamonds Vertical Stripe

14 Kt Gold Ring 2 1/8 Ct TW Emerald & Diamond 625842

14 Kt Gold Ring Smokey Quartz

14 Kt Gold Ring Opal 485891

14 Kt Gold Ruby Ring 458673

14 Kt Gold Emerald Ring 626105

Sterling Silver Onyx 540073

Diamond Ring 613196

Oval Jade Ring 598094

Ring Chocolate Gold 397720

Lillian Russell Bedroom Set (Queen bed, Chest, Dresser, Nightstands, etc.)

Sunglasses Ray Ban Aviator

Sunglasses Ray Ban RB3447

Sunglasses Oakley

Reading Glasses Foster Grant 3.0-3.25 Metal

Bedroom Suite (Chest, Dresser, Mirror, Nightstands)

Clock Cuckoo Bought In Switzerland

Wall Clock Walnut Antique

Framed Print

Chair Low Back Fabric

Sofa HCF12

Sofa Teagan

Bed Keywest Cindy

Dresser & Mirror Keywest Cindy

Chest Keywest Cindy

Night Stands Keywest Cindy

Dresser & Mirror Crawford All Solid Cherry

Lamps
Y-Drop Necklace

Fox Jacket Heavenly W199

Mink Coat Stephanie G1745

White Leather Jacket Classiques 387716

Black Leather Coat Ellen Tracy 380609

Diamond Emerald Necklace

Gold Necklace 14 Kt Gold Chain 399760

Gold Necklace 14 Kt 18 In Marine Chain 566583

Gold Bracelet 720551403

Watch Citizen 28164806

Watch Movado 301696504

Long Sleeved Crewneck Cashmere Charter Club

Long Sleeve V-Neck Cashmere Charter Club

Long Sleeve Shawl Charter Club

Long Sleeve Cowl Neck Cashmere Charter Club

Long Sleeve Ruffle Cashmere Charter Club

Long Sleeve Turtleneck Cashmere Charter Club

Melani Jordan Sweater Antonio

Brenda Knit Sweater Antonio

Melanie Alex Squish Sweater Antonio

Melani Antoinette Pants Antonio

Melani Antonio Pants

Maxine Pants Antonio

Boyfriend Shirt Casion

Long Sleeve Blouse Bellatrix

V-Neck Roll Sleeve Shirt Sandra Ingrish

Roll Sleeve Knit Shirt Eileen Fisher

Hartman Belting Leather 22 In Mobile Traveler

Hartman Belting Leather 41 In Garment Bag

Hartman Belting Leather Leather Duffle

Hartman Belting Leather Expandable Mobile Traveler
Hartman Belting Leather 24 In Expandable

Books Antique
Long Sleeve Silk Shirt Trouve

Silk Pocket Shirt

Signature Silk Shirt Equipment

Diagonal Lines Shirt Nic & Zoe

Silk Long Shirt Eileen Fisher

Scrunch Neck Top Vince Camuto

Western Snap Front Shirt Lauren

New York Winter Twill Tunic La Fayette

Tall Collar Shirt Nordstrom

3/4 Sleeve Shirt Foxcroft

New York Marciel Shirt Kate Spade

Long Sleeve Tee Knit Trouve

Draped Twist Top Knit Trouve

Ballet Neck Tee Cusion

Boxy Jersey Top Eileen Fisher

Stripe Linen Hoodie Eileen Fisher

Case 4:12-cv-00032-WBC   Document 110-4   Filed 09/09/13   Page 27 of 35   PageID #: 2329

Slippers LL Bean

Slippers LL Bean

Fonda Jacket Gianni Bini

Waist Jacket Gianni

Faux Fur Jacket

Sequin Shrug, Sanctuary

Poncho RD Style

Single Button Jacket Gianni Bini

Leather Jacket Chelsea

Denim Blazer Ralph Lauren

Satin Jacket Antonio Melani

Bell Leather Jacket Antonio Melani

Coats Dress Walking Coat Katherine Kelly

Coats Dress Pant Coat Suede Katherine Kelly

Coats Dress Car Coat Eileen Fisher

Coats Dress Retro Faux Fur Jacket Zozo

Coats Dress Colleen Jacket Alex Marie

Coats Dress  Jacket Antonio Melani

Coats Dress Zip Detail Trench Coat Burberry

Coats Dress Logo Convertible Prada

Coats Dress Full Length Jacket Prada

Coats Dress Casual Sweater Coat Antonio Melani

Coats Dress Fleece Full Zip Jacket Lauren

Coats Dress Dip Front Jacket XCVI Mercantile

Coats Dress Jean Jacket Lucky Brand

Coats Dress Cozy Top Plaid Willows & Clay

Coats Dress Satin Trim Jacket Adirology

Coats Dress Fleece Shawl Jacket

Evening Formal Sleeveless Spaghetti Strap Alex Evenings

Evening Formal Over Shoulder  BCBG

Evening Formal 3/4 Sleeve Animal Print Ellen Tracy

One Shoulder Jersey Neiman Marcus

Sue's Handbags Coach Poppy Signature

Sue's Handbags Kate Landy Metal Clutch

Sue's Handbags Ugg  Classic

Sue's Handbags Michael Kors Jet Set

Sue's Vests Faux Fur Vest Buffalo

Sue's Vests Lined Vest Sanctuary

Sue's Vests Sherpa Vest Sanctuary

Sue's Vests Sequin Vest Mattie M

Sue's Vests Sequin Drape Vest

Sue's Vests Sweater Vest

Sue's Vests Faux Fur Vest BCBG

Sue's Vests Reversible Vest Sanctuary

Sue's Jeans William Rest

Sue's Jeans Marc Jacobs

Sue's Jeans Silver Tuesday Boot

Sue's Jeans 7 For All Mankind Boot Stretch

Sue's Jeans 7 For All Mankind  Flare

Sue's Jeans Bootcut

Sue's Jeans Joe's Jeans Chelsea Skinny

Sue's Jeans Joe's Jeans Honey Booty ST. Leg

Sue's Jeans Joe's Jeans Chelsea Ultra Skinny

Women's Sneakers Nike Steady VII

Women's Sneakers Easy Spirit Train Free

Women's Sneakers Clarks Privo Polar

Women's Sneakers Sketchers Bravo Sneakers

Cozy Wrap RD Style

Faux Fur Cozy Cardigan Kousie

Jewel Cardigan Joes Jeans

Leo Cardigan RD Style

Faux Fur Wrap BCBG

Short Tiered Cardigan Eileen Fisher

Long Straight Cardigan Eileen Fisher

Vera Cape Antonio Melani

Sparkle Cardigan Eileen Fisher

Betty Sweater Gianni

Sequin Cardigan Cremieux

Cardigan Sweater Nature Printelle

Long Sleeve Sweater Prada

Short Sleeve Sweater Prada

Sport Cardigan #298 Prada

Sport Cardigan 248 Prada

Cotton Cashmere Sweater Burberry

Sandals Strappy Low Edge Elle Tahari

Sandals Rascal Steve Madden

Sandals Black Sandal Jones New York

Sandals Flat Thong Gucci

Sandals Bethany Sandal Steve Madden

Women's Shoes Pumps Easy Spirit Quota Pumps

Women's Shoes Pumps Naturalizer Lennox Pumps

Women's Shoes Pumps Bandolino Ettamay Wedge

Women's Shoes Pumps Enzo Sorte Pumps

Women's Shoes Pumps Enzo Maiver Pumps

Women's Shoes Pumps Max Studio Esthera

Women's Shoes Pumps Adrienne Vittadini

Shoes Flats Glitter Oxford Flats J Crew

Shoes Flats Lauren Amera Leather

Shoes Flats Maddy Cracked Leather Calvin Klein

Shoes Flats Metallic Leather Ballet Flats J Crew

Shoes Flats Wound Up Bandolino

Shoes Flats Kimber Flat Taryn Rose

Shoes Flats Leopard Print Calvin Klein

Shoes Flats Bow Ballet Flat Banana Republic

Shoes Flats Felicia Flat Sam Edelman

Shoes Flats Tibitha Kate Spade

Shoes Flats Black Dotsme Flat Stuart Weitzman

Shoes Flats Ballet Flats Marc By Marc

Shoes Flats Herded Patter Loafers Anthropologie

Women's Shoes Flats Gianni Bini Loofa Flats

Women's Shoes Flats Gianni Bini  Flats

Women's Shoes Flats Gianni Bini Mary Jane

Women's Shoes Flats Gianni Bini New Comfort

Women's Shoes Flats Ralph Lauren Lauren Abica

Women's Shoes Flats Adrienne Vittadini Twiggy Flats

Women's Shoes Flats Alfani Amor Flats

Women's Shoes Flats Jessica Simpson Comasso Flats

Women's Shoes Flats Rocket Dog Malti Flats

Women's Shoes Flats Ellen Tracy Falon Flats

Cashmere Sweater Shawl Collar Cashmere Privie

Cashmere Sweater Ribbed Cashmere Privie

Cashmere Sweater V-Neck Cashmere Privie

Cashmere Sweater V-Neck Cashmere Cardigan Privie

Cashmere Sweater Turtleneck Cashmere Privie

Cashmere Sweater Mock Neck Cashmere Privie

Cashmere Sweater Crew Neck Cashmere Privie

Cashmere Sweater Long Sleeve Sweater Prada

Cashmere Sweater Short Sleeve Sweater Prada

Cashmere Sweater Sport Cashmere Prada

Cashmere Sweater Sport Cardigan #238 Prada

Cashmere Sweater Sport Cardigan #248 Prada

Cotton Cashmere Sweater Burberry

Shoes Boots Ugg Classic Tall

Shoes Boots Ugg Bailey Button

Shoes Boots Ugg Girls

Shoes Boots Nine West Tall Boots

Shoes Boots Gianni Bini Cold Us Boots

Shoes Boots Gianni Bini Tall Boots Black

Shoes Boots Gianni Bini Booties

## OATH

The undersigned, swear or affirm that the answers to the foregoing interrogatories are true, complete and accurate. I also understand that it is my duty to properly notify my attorney should I later learn that any of these answers are incomplete, inaccurate or misleading, or should I obtain further information relative to the answers provided herein.

Witness my hand this _7th_ day of _August_, 2018. 3

BY: _Karen C. Roop_
CINCINNATI INSURANCE COMPANY

TITLE: _Superintendent, Property Claims_

STATE OF _Ohio_ )
COUNTY OF _Butler_ )

Sworn to and subscribed before me this _7th_ day of _August_, 2018. 3

_____
Notary Public

My Commission Expires:

_____

CHRISTOPHER McDANIEL
Notary Public, State of Ohio
My Commission Expires
February 25, 2015

Respectfully submitted,

PARKS T. CHASTAIN
Registration No. 13744
E. JASON FERRELL
Registration No. 24425
Attorneys for Plaintiff, Cincinnati Insurance
Company

BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC
P. O. Box 23890
Nashville, TN   37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2012, a true and correct copy of the foregoing has been sent, via first-class mail, postage prepaid to:

J. Brandon McWherter, Esq.
Chad A. Naffziger, Esq.
Gilbert Russell McWherter PLC
101 North Highland
Jackson, TN   38301

E. JASON FERRELL