# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY<br>*Plaintiff*<br>v.<br>LARRY BANKS AND WANDA SUE BANKS<br>*Defendant* | Civil Action No. 4:12-CV-32 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Larry Banks and Wanda Sue Banks recover from Cincinnati Insurance Company the amount of $1,625,053.19 which includes prejudgment interest at the rate of 2%, plus post judgment interest hereinafter pursuant to 28 USC §1961, along with costs; Cincinnati Insurance Company takes nothing.

This action was *(check one)*:

☑ tried by a jury with Judge William B. Mitchell Carter presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/19/13

*CLERK OF COURT*

*Debra C. Poplin*
*Signature of Clerk or Deputy Clerk*